IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. PETER TAGUE : | |
| : | C.A. NO. 07-384 |
| On Behalf Of Himself And All : | |
| Others Similarly Situated, : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CROSS COUNTRY HEALTHCARE, INC. : | |
| : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff T. Peter Tague, by his undersigned counsel, and Defendant Cross Country Healthcare, Inc. by its undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice as to the individual claims of T. Peter Tague and without prejudice as to the claims of the putative class members, if any. This action has not been certified as a class action, nor has a motion for class certification been filed.

Respectfully submitted,

PROSKAUER ROSE LLP                       CALDWELL LAW OFFICE LLC

By: /s Christopher Wolf_____          By: /s Ann M. Caldwell
    Christopher Wolf                              Ann M. Caldwell AMC1953)
    Timothy P. Tobin                              108 W. Willow Grove Ave.
    1001 Pennsylvania Ave., N.W.                  Suite 300
    Suite 400 South                               Philadelphia, PA 19118
    Washington, D.C.                              (215) 248-2030
    (202) 416-6870                                (215) 248-2031 (fax)

    (202) 416-6899

    Counsel for Defendant                         Counsel for Plaintiff
    Cross Country Healthcare, Inc.                T. Peter Tague